09-20-03

Wendell Minnifield

v.

Walter Edwards II

FILED
2004 SEP — Prisoner
Case No. 3:02CV1965(JBA)
U.S. DISTRICT COURT

## MOTION

On June 17, 2003, the Court, the Honorable Janet Bond Arterton, United States District Judge, filed an Order of Dismissal dismissing this case without prejudice pursuant to 42 U.S.C §1997e(a) and Fed. R. Civ. P. 41(b) after notice for failure to exhaust administrative remedies before filing suit.

Due to the above dismissal, I, Wendell Minnifield, respectfully asks the court to stop the 20% deductions from my inmate trust fund and all the monies already taken to be allowed returned to him. I do not receive monies from the street and work hard for what I do receive. The petitioner would really like the court to take this into account, along with the fact of the case being dismissed on the grounds that it was dismissed and not it's merits.

Respectfully Submitted,

Wendell Minnifield
Wendell Minnifield