UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

WENDELL MINNIFIELD

v.

WALTER EDWARDS II

2004 DEC 23 P 12: 14

U.S. DISTRICT COURT
NEW HAVEN, CT

PRISONER
Case No.   3:02CV1965(JBA)

RULING AND ORDER

On June 17, 2003, the court dismissed this case because plaintiff had not exhausted his administrative remedies before filing his complaint. Plaintiff now asks the court to stop deducting payments toward the filing fee from his account and to return all funds set aside for payment of the filing fee in this case. For the reasons that follow, plaintiff's motion is denied.

The Prison Litigation Reform Act has modified 28 U.S.C. §1915(b) to required all prisoners "to pay the full amount of the filing fee." In forma pauperis status only permits prisoners to defer payment of the filing fee and have funds removed from their inmate accounts over time. Thus, although prisoners are not required to pre-pay the entire filing fee, they remain liable for the fee. See, e.g., Tuomala v. State, No. Civ.02-2907(ADM/AJB), 2002 WL 32642917, at *3 n.3 (D. Minn. Aug. 20, 2002). The fact that plaintiff's case was dismissed, does not alter his obligation to pay the filing fee. Nothing in the statute relieves him of his responsibility for payment of the entire filing fee. See, e.g., In re Tyler, 110 F.3d 528, 529-30 (8th Cir. 1997) ("the PLRA makes prisoners responsible for their

filing fees the moment the prisoner brings a civil action or files an appeal").

Plaintiff's motion [doc. #15] is **DENIED**.

SO ORDERED this 23d day of December, 2004, at New Haven, Connecticut.

Janet Bond Arterton
United States District Judge